UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James Edgar, *et al.*,

    Plaintiffs,

v.

Westchester Parkway
Consulting LLC, *et al.*,

    Defendants.

Case No. 2:21-cv-533

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On September 9, 2023, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending the Court find the identified Defendants in default and enter default judgment against them on the opt-ins' claims because Defendants have failed to properly appear and defend this action. R&R, ECF No. 50. The R&R notified the parties of their right to object to the recommendations contained therein and warned the parties that a failure to timely object amounts to a forfeiture of the right to have the Court review the R&R de novo as well as a forfeiture of the right to appeal the Court's adoption of the R&R. *Id.* No party timely objected.

Accordingly, the Court **ADOPTS** the R&R. The unidentified Defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to enter the remaining Defendants' default. The Court finds default judgment against the identified Defendants on the opt-in plaintiffs' claims is appropriate. Opt-in

Plaintiffs are **ORDERED** to submit within thirty days briefing as to the amount of damages sought.

**IT IS SO ORDERED.**

*[signature]*

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**